**UNITED STATES of America**

v.

**Tom F. RUTTER et al.**

**Tom F. RUTTER**

v.

**UNITED STATES of America.**

Nos. 6294, 6295.

United States Court of Appeals
Tenth Circuit.

Jan. 21, 1960.

**832**

James A. Borland, U. S. Atty., Albuquerque, N. M., for the United States.

Eugene M. Caffey, and W. C. Whatley, Las Cruces, N. M., for Tom F. Rutter et al.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeals dismissed pursuant to stipulations of the parties.